**EXHIBIT 8**

**Jack S. Kannry**

| | |
|---|---|
| **From:** | Daniel Cole [dcoleins@yahoo.com] |
| **Sent:** | Monday, January 16, 2006 11:40 PM |
| **To:** | jkannry@bpgk-law.com |
| **Subject:** | RE: 457 East Penn Street, Long Beach, NY Flood Damage Claim Inspection Report and Processing with Carrier - Liberty Mutual Policy FF2-221-291477-007 |

Mr. Kannry,
enclosed are the building worksheet, contents worksheet, and statement of loss that I sent to Simsol Insurance Services for processing to the the carrier.

Hope this helps, Dan Cole

*"Jack S. Kannry" <jkannry@bpgk-law.com>* wrote:

> Dan:
>
> As I thought was perfectly clear in my earlier e-mail of today, I again request a copy of the final report sent to the carrier. So, the answer to your question is "yes".
>
> *Jack S. Kannry*
>
> -----Original Message-----
> **From:** Daniel Cole [mailto:dcoleins@yahoo.com]
> **Sent:** Monday, January 16, 2006 1:23 PM
> **To:** jkannry@bpgk-law.com
> **Subject:** Re: 457 East Penn Street, Long Beach, NY Flood Damage Claim Inspection Report and Processing with Carrier - Liberty Mutual Policy FF2-221-291477-007
>
> Mr. Kannry,
> To be perfectly clear, you want me or Simsol to send you a copy of the final report that was sent to the carrier, is this correct? Dan Cole



| | | | | |
|---|---|---|---|---|
| INSURED | : Jack **Kannry | DATE OF REPORT | : 01/16/2006 |
| LOCATION | : 457 E Penn St | DATE OF LOSS | : 10/14/2005 |
| | : Long Beach, NY 11561 | POLICY NUMBER | : 2229147700 |
| COMPANY | : Liberty Mutual Fire Insurance Company | CLAIM NUMBER | : 033589 |
| | : P.O. Box 958452 | OUR FILE NUMBER | : 033589 |
| | : Lake Mary, FL 32795-8452 | ADJUSTER NAME | : Cole, Daniel |

## STATEMENT OF LOSS
## CLAIM RECAPITULATION

### Policy Information

**Policy Type:** Flood - Dwelling
**Policy Number:** 2229147700
**Policy Term:** 03/15/2005 to 03/15/2006

### Coverage A - Dwelling

**Coverage Amount:** $246,500.00
**Coverage Deductible:** $1,000.00
**Replacement Cost:** YES

**Property Valuation**
R.C.V.: $148,420.97
Depreciation: $89,052.58
A.C.V.: $59,368.39

**Estimate of Loss**
R.C.V.: $24,866.32
**Depreciation: $3,562.27
A.C.V.: $21,304.05
Less Deductible: $1,000.00
Claim Payable: $20,304.05

****Depreciation:**
Recoverable: $3,135.17
Non-recoverable: $427.10

### Coverage B - Contents

**Coverage Amount:** $14,900.00
**Coverage Deductible:** $1,000.00
**Replacement Cost:** Not Applicable

**Property Valuation**
R.C.V.: $200,000.00
Depreciation: $55,000.00
A.C.V.: $145,000.00

**Estimate of Loss**
R.C.V.: $20,969.05
Depreciation: $3,851.16
A.C.V.: $17,117.89
Less Deductible: $1,000.00
Claim Payable: $14,900.00
Excess Over Limit: $1,217.89



| | | | |
|---|---|---|---|
| INSURED | : Jack **Kannry | DATE OF REPORT | : 01/16/2006 |
| LOCATION | : 457 E Penn St | DATE OF LOSS | : 10/14/2005 |
| | : Long Beach, NY 11561 | POLICY NUMBER | : 2229147700 |
| COMPANY | : Liberty Mutual Fire Insurance Company | CLAIM NUMBER | : 033589 |
| | : P.O. Box 958452 | OUR FILE NUMBER | : 033589 |
| | : Lake Mary, FL 32795-8452 | ADJUSTER NAME | : Cole, Daniel |

# STATEMENT OF LOSS
# CLAIM RECAPITULATION

### Recap of Coverages

| | |
|---|---:|
| R.C.V.: | $45,835.37 |
| **Depreciation: | $7,413.43 |
| A.C.V.: | $38,421.94 |
| Less Deductible: | $2,000.00 |
| Claim Payable: | $35,204.05 |
| Excess Over Limit: | $1,217.89 |

**Depreciation:
| | |
|---|---:|
| Recoverable: | $3,135.17 |
| Non-recoverable: | $4,278.26 |



| | |
|---|---|
| INSURED : Jack **Kannry | DATE OF REPORT : 01/16/2006 |
| LOCATION : 457 E Penn St | DATE OF LOSS : 10/14/2005 |
| : Long Beach, NY 11561 | POLICY NUMBER : 2229147700 |
| COMPANY : Liberty Mutual Fire Insurance Company | CLAIM NUMBER : 033589 |
| : P.O. Box 958452 | OUR FILE NUMBER : 033589 |
| : Lake Mary, FL 32795-8452 | ADJUSTER NAME : Cole, Daniel |

# BUILDING ESTIMATE

## BUILDING INFORMATION

## BUILDING VALUATION

| | | | |
|---|---|---|---|
| Total Square Feet: | 1200.0 | Estimated Total Value: | $148,420.97 |
| Value PSF: | 123.684144 | Depreciation: | $89,052.58 |
| PSF Source: | BCM Database | Estimated Actual Cash Value: | $59,368.39 |

## ESTIMATE RECAP

| | | | |
|---|---|---|---|
| Estimate Grand Totals: | $24,866.32 | | |
| Total Depreciation: | $3,562.27 | Recoverable Depreciation: | $3,135.17 |
| A.C.V. Estimate Totals: | $21,304.05 | Non-Recoverable Depreciation: | $427.10 |
| Policy Deductible: | $1,000.00 | Total Depreciation: | $3,562.27 |
| Final Totals: | $20,304.05 | | |

## ESTIMATE COMMENTS

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/2.6-SP3 e

Cover Page

|  | | |
|---|---|---|
| **SIS**<br>SIMSOL Insurance<br>Services, Inc. | INSURED : Jack **Kannry<br>LOCATION : 457 E Penn St<br>: Long Beach, NY 11561<br>COMPANY : Liberty Mutual Fire Insurance Company<br>: P.O. Box 958452<br>: Lake Mary, FL 32795-8452 | DATE OF REPORT : 01/16/2006<br>DATE OF LOSS : 10/14/2005<br>POLICY NUMBER : 2229147700<br>CLAIM NUMBER : 033589<br>OUR FILE NUMBER : 033589<br>ADJUSTER NAME : Cole, Daniel |

**Estimate Section:** Den

Den .................................................................. 23' 5.0" x 18' 2.0" x 8'

| Lower Perimeter: | 83.20 LF | Floor SF: | 425.40 SF | Wall SF: | 665.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 83.20 LF | Floor SY: | 47.27 SY | Ceiling SF: | 425.40 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 425.4 SF | Flood Loss Clean-up (100.0%) | $0.57 | $242.48 | | $242.48 |
| 5.0 DY | Airmover for Water Loss | $24.74 | $123.70 | | $123.70 |
| 5.0 DY | Dehumidifier for Water Loss | $46.35 | $231.75 | | $231.75 |
| 455.2 SF | R/R Carpeting (Per Sq. Ft.) (100.0%) | $2.84 | $1,292.77 | $206.84 | $1,085.93 |
| 425.4 SF | Replace Carpet Pad (Per Sq. Ft) (100.0%) | $0.48 | $204.19 | $32.67 | $171.52 |
| 37.0 SY | Clean Wall Plaster lower area behind wainscoting (100.0% / 4.0') | $2.59 | $95.83 | | $95.83 |
| 37.0 SY | Paint / Finish Wall Plaster, upper area (100.0% / 4.0') | $5.53 | $204.61 | $32.74 | $171.87 |
| 332.6 SF | R/R Wall Paneling (100.0% / 4.0') | $3.40 | $1,130.84 | $203.55 | $927.29 |
| 332.6 SF | Mildewcide Walls (100.0% / 4.0') | $0.46 | $153.00 | | $153.00 |
| 425.4 SF | Mildewcide Floor (100.0%) | $0.46 | $195.68 | | $195.68 |
| | **Totals For Den** | | **$3,874.85** | **$475.80** | **$3,399.05** |

**Estimate Section:** Office

Office ............................................................... 11' 5.0" x 13' 10.0" x 8'
Closet ............................................................... 6' x 4' x 8'
Offset ............................................................... 11' 4.0" x 3' 6.0" x 8'

| Lower Perimeter: | 93.20 LF | Floor SF: | 221.60 SF | Wall SF: | 745.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 73.20 LF | Floor SY: | 24.62 SY | Ceiling SF: | 221.60 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 221.6 SF | Flood Loss Clean-up (100.0%) | $0.57 | $126.31 | | $126.31 |
| 5.0 DY | Airmover for Water Loss | $24.74 | $123.70 | | $123.70 |
| 5.0 DY | Dehumidifier for Water Loss | $46.35 | $231.75 | | $231.75 |
| 24.6 SY | Remove Vinyl Flooring (100.0%) | $1.92 | $47.23 | | $47.23 |
| 237.1 SF | R/R Carpeting (Per Sq. Ft.) (100.0%) | $2.84 | $673.36 | $107.74 | $565.62 |
| 221.6 SF | Replace Carpet Pad (Per Sq. Ft) (100.0%) | $0.48 | $106.37 | $17.02 | $89.35 |
| 745.3 SF | R/R Knotty Pine Plank T&G/ V-Joint Plank Paneling (100.0% / 8.0') | $5.00 | $3,726.50 | $670.77 | $3,055.73 |
| 745.3 SF | Laquer Finish Knotty Pine Plank T&G/ V-Joint Plank Paneling (100.0% / 8.0') | $0.58 | $432.27 | $69.16 | $363.11 |
| 2.0 EA | R/R Prehung S/C Flush Door | $213.97 | $427.94 | $94.15 | $333.79 |
| 2.0 EA | Paint / Finish Prehung S/C Flush Door | $61.97 | $123.94 | $19.83 | $104.11 |
| 372.6 SF | Mildewcide Walls (100.0% / 4.0') | $0.46 | $171.40 | | $171.40 |
| 221.6 SF | Mildewcide Floor (100.0%) | $0.46 | $101.94 | | $101.94 |
| | **Totals For Office** | | **$6,292.71** | **$978.67** | **$5,314.04** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/2.6-SP3 e

Page: 1



| | | |
|---|---|---|
| INSURED : Jack **Kannry | DATE OF REPORT | : 01/16/2006 |
| LOCATION : 457 E Penn St | DATE OF LOSS | : 10/14/2005 |
| : Long Beach, NY 11561 | POLICY NUMBER | : 2229147700 |
| COMPANY : Liberty Mutual Fire Insurance Company | CLAIM NUMBER | : 033589 |
| : P.O. Box 958452 | OUR FILE NUMBER | : 033589 |
| : Lake Mary, FL 32795-8452 | ADJUSTER NAME | : Cole, Daniel |

**Estimate Section:** Bedroom 1

Bedroom 1 .................................................. 13' x 8' 7.0" x 8'

| Lower Perimeter: | 43.20 LF | Floor SF: | 111.60 SF | Wall SF: | 345.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 43.20 LF | Floor SY: | 12.40 SY | Ceiling SF: | 111.60 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 111.6 SF | Flood Loss Clean-up (100.0%) | $0.57 | $63.61 | | $63.61 |
| 5.0 DY | Airmover for Water Loss | $24.74 | $123.70 | | $123.70 |
| 5.0 DY | Dehumidifier for Water Loss | $46.35 | $231.75 | | $231.75 |
| 119.4 SF | R/R Carpeting (Per Sq. Ft.) (100.0%) | $2.84 | $339.10 | $54.26 | $284.84 |
| 111.6 SF | Replace Carpet Pad (Per Sq. Ft) (100.0%) | $0.48 | $53.57 | $8.57 | $45.00 |
| 345.3 SF | R/R Knotty Pine Plank T&G/ V-Joint Plank Paneling (100.0% / 8.0') | $5.00 | $1,726.50 | $310.77 | $1,415.73 |
| 345.3 SF | Laquer Finish Knotty Pine Plank T&G/ V-Joint Plank Paneling (100.0% / 8.0') | $0.58 | $200.27 | $32.04 | $168.23 |
| 172.6 SF | Mildewcide Walls (100.0% / 4.0') | $0.46 | $79.40 | | $79.40 |
| 111.6 SF | Mildewcide Floor (100.0%) | $0.46 | $51.34 | | $51.34 |
| | **Totals For Bedroom 1** | | **$2,869.24** | **$405.64** | **$2,463.60** |

**Estimate Section:** Utility Room

Utility Room .................................................. 23' 5.0" x 17' 8.0" x 8'
Closet, cedar .................................................. 8' x 6' x 8'

| Lower Perimeter: | 110.20 LF | Floor SF: | 461.70 SF | Wall SF: | 881.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 82.20 LF | Floor SY: | 51.30 SY | Ceiling SF: | 461.70 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 461.7 SF | R/R Vinyl Tile Flooring (100.0%) | $2.95 | $1,362.02 | $217.92 | $1,144.10 |
| 160.0 SF | R/R Cedar Plank T&G/ V-Joint Plank Paneling in cedar closet | $6.48 | $1,036.80 | $186.62 | $850.18 |
| 881.3 SF | Clean, Seal & Paint Walls (100.0% / 8.0') | $0.98 | $863.67 | $138.19 | $725.48 |
| 2.0 EA | R/R Prehung S/C Flush Door | $213.97 | $427.94 | $94.15 | $333.79 |
| 2.0 EA | Paint / Finish Prehung S/C Flush Door | $61.97 | $123.94 | $19.83 | $104.11 |
| 1.0 EA | R/R Water HeaterGE 50 gal tank Mod # illegible Cost includes 50 gallon electric water heater, relief valve, 6 year guarantee and installation to existing water supply. | $300.39 | $300.39 | $51.07 | $249.32 |
| 1.0 MC | Service and repair gas fired furnace | $489.90 | $489.90 | | $489.90 |
| 440.6 SF | Mildewcide Walls (100.0% / 4.0') | $0.46 | $202.68 | | $202.68 |
| 461.7 SF | Mildewcide Floor (100.0%) | $0.46 | $212.38 | | $212.38 |
| | **Totals For Utility Room** | | **$5,019.72** | **$707.78** | **$4,311.94** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/2.6-SP3 e

Page: 2

**SIS**
SIMSOL Insurance Services, Inc.

| | | |
|---|---|---|
| INSURED : Jack **Kannry | DATE OF REPORT | : 01/16/2006 |
| LOCATION : 457 E Penn St | DATE OF LOSS | : 10/14/2005 |
| : Long Beach, NY 11561 | POLICY NUMBER | : 2229147700 |
| COMPANY : Liberty Mutual Fire Insurance Company | CLAIM NUMBER | : 033589 |
| : P.O. Box 958452 | OUR FILE NUMBER | : 033589 |
| : Lake Mary, FL 32795-8452 | ADJUSTER NAME | : Cole, Daniel |

**Estimate Section:** Halway to main level

Halway to main level .................................... 11' 10.0" x 3' 6.0" x 8'

| Lower Perimeter: | 30.70 LF | Floor SF: | 41.40 SF | Wall SF: | 245.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 30.70 LF | Floor SY: | 4.60 SY | Ceiling SF: | 41.40 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 41.4 SF | Flood Loss Clean-up (100.0%) | $0.57 | $23.60 | | $23.60 |
| 5.0 DY | Airmover for Water Loss | $24.74 | $123.70 | | $123.70 |
| 5.0 DY | Dehumidifier for Water Loss | $46.35 | $231.75 | | $231.75 |
| 41.4 SF | R/R Vinyl Tile Flooring (100.0%) | $2.95 | $122.13 | $19.54 | $102.59 |
| 245.3 SF | R/R Knotty Pine Plank T&G/ V-Joint Plank Paneling (100.0% / 8.0') | $5.00 | $1,226.50 | $220.77 | $1,005.73 |
| 245.3 SF | Laquer Finish Knotty Pine Plank T&G/ V-Joint Plank Paneling (100.0% / 8.0') | $0.58 | $142.27 | $22.76 | $119.51 |
| 1.0 EA | R/R Prehung S/C Exterior Door | $404.64 | $404.64 | $89.02 | $315.62 |
| 1.0 EA | Paint / Finish Prehung S/C Exterior Door | $61.97 | $61.97 | $9.92 | $52.05 |
| 122.6 SF | Mildewcide Walls (100.0% / 4.0') | $0.46 | $56.40 | | $56.40 |
| 41.4 SF | Mildewcide Floor (100.0%) | $0.46 | $19.04 | | $19.04 |
| | **Totals For Halway to main level** | | **$2,412.00** | **$362.01** | **$2,049.99** |

**Estimate Section:** Exterior

Exterior ............................................ 24' x 24' x 22'

| Lower Perimeter: | 96.00 LF | Floor SF: | 576.00 SF | Wall SF: | 2112.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 96.00 LF | Floor SY: | 64.00 SY | Ceiling SF: | 576.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 384.0 SF | Pressure Wash Structural Brick Wall (100.0% / 4.0') | $0.29 | $111.36 | | $111.36 |
| | **Totals For Exterior** | | **$111.36** | **$0.00** | **$111.36** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/2.6-SP3 e

Page: 3



| | | |
|---|---|---|
| INSURED : Jack **Kannry | DATE OF REPORT | : 01/16/2006 |
| LOCATION : 457 E Penn St | DATE OF LOSS | : 10/14/2005 |
| : Long Beach, NY 11561 | POLICY NUMBER | : 2229147700 |
| COMPANY : Liberty Mutual Fire Insurance Company | CLAIM NUMBER | : 033589 |
| : P.O. Box 958452 | OUR FILE NUMBER | : 033589 |
| : Lake Mary, FL 32795-8452 | ADJUSTER NAME | : Cole, Daniel |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| **Repair Item Totals** | **$20,579.88** | **$2,929.90** | **$17,649.98** |
| Less Excluded O&P Trade(s) | ($5,329.52) | ($427.10) | ($4,902.42) |
| Subtotal For O&P % | $15,250.36 | $2,502.80 | $12,747.56 |
| General Contractor Overhead (10.0%) | $1,525.04 | $250.28 | $1,274.76 |
| General Contractor Profit (10.0%) | $1,525.04 | $250.28 | $1,274.76 |
| Plus Excluded O&P Trades | $5,329.52 | $427.10 | $4,902.42 |
| Estimate Totals With O&P | $23,629.96 | $3,430.46 | $20,199.50 |
| Additional Items Totals (1) | $411.60 | $0.00 | $411.60 |
| Applicable Sales Tax Rate: 8.75% (Includes M) | $824.76 | $131.81 | $692.95 |
| Estimate Grand Totals | $24,866.32 | $3,562.27 | $21,304.05 |
| Less Deductible | ($1,000.00) | | ($1,000.00) |
| **BUILDING FINAL TOTALS** | **$23,866.32** | **$3,562.27** | **$20,304.05** |

| | | |
|---|---|---|
| **RECOVERABLE DEPRECIATION *** | | $3,135.17 |
| **NON-RECOVERABLE DEPRECIATION** | | $427.10 |

*This amount represents the total recoverable depreciation for this estimate. Any payable recoverable depreciation is subject to policy coverage limit. Please check policy coverage limit prior to issuing any recoverable depreciation reimbursements.

The adjuster has no authority to approve or deny claims. R/R means: Remove and Replace damaged item. A copy of this estimate does not constitute a settlement of this claim. This estimate is subject to review and approval by your carrier, any additional repair to or replacement of items not included in this estimate is also subject to the insurance company's prior approval. You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair/replacement in the event of any future loss. This is not an authorization for repairs. The hiring of a contractor is strictly the decision of the policy holder.

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



|  |  |
|---|---|
| INSURED : Jack **Kannry | DATE OF REPORT : 01/16/2006 |
| LOCATION : 457 E Penn St | DATE OF LOSS : 10/14/2005 |
| : Long Beach, NY 11561 | POLICY NUMBER : 2229147700 |
| COMPANY : Liberty Mutual Fire Insurance Company | CLAIM NUMBER : 033589 |
| : P.O. Box 958452 | OUR FILE NUMBER : 033589 |
| : Lake Mary, FL 32795-8452 | ADJUSTER NAME : Cole, Daniel |

## ESTIMATE ADDITIONAL ITEMS

| ADDITIONAL ITEM DESCRIPTION | RCV | DEP | ACV |
|---|---|---|---|
| 1  debris hauling and cleaning<br>   haul debris from risk to clean up<br>   site. | $411.60 | $0.00 | $411.60 |
| **ADDITIONAL ITEMS TOTAL** | **$411.60** | **$0.00** | **$411.60** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/2.6-SP3

Page: A.1



| | | |
|---|---|---|
| INSURED : Jack **Kannry | DATE OF REPORT | : 01/16/2006 |
| LOCATION : 457 E Penn St | DATE OF LOSS | : 10/14/2005 |
| : Long Beach, NY 11561 | POLICY NUMBER | : 2229147700 |
| COMPANY : Liberty Mutual Fire Insurance Company | CLAIM NUMBER | : 033589 |
| : P.O. Box 958452 | OUR FILE NUMBER | : 033589 |
| : Lake Mary, FL 32795-8452 | ADJUSTER NAME | : Cole, Daniel |

# TRADES NOT INCLUDED IN CONTRACTOR OVERHEAD AND PROFIT CALCULATIONS

| TRADE/SUBTRADE CLASSIFICATION | RCV | DEP | ACV |
|---|---:|---:|---:|
| FINISHES | $2,669.36 | $427.10 | $2,242.26 |
|    CARPET & PAD | $2,669.36 | $427.10 | $2,242.26 |
| MECHANICAL | $489.90 | $0.00 | $489.90 |
|    H.V.A.C. | $489.90 | $0.00 | $489.90 |
| CONTRACT CLEANING | $2,170.26 | $0.00 | $2,170.26 |
|    CLEANING | $2,170.26 | $0.00 | $2,170.26 |
| ALL TRADES TOTAL | $5,329.52 | $427.10 | $4,902.42 |



| | | | |
|---|---|---|---|
| INSURED | : Jack **Kannry | DATE OF REPORT | : 01/16/2006 |
| LOCATION | : 457 E Penn St | DATE OF LOSS | : 10/14/2005 |
| | : Long Beach, NY 11561 | POLICY NUMBER | : 2229147700 |
| COMPANY | : Liberty Mutual Fire Insurance Company | CLAIM NUMBER | : 033589 |
| | : P.O. Box 958452 | OUR FILE NUMBER | : 033589 |
| | : Lake Mary, FL 32795-8452 | ADJUSTER NAME | : Cole, Daniel |

# CONTENTS ESTIMATE

## ESTIMATE RECAP

| | |
|---|---|
| Estimate Grand Totals: | $20,969.05 |
| Total Depreciation: | $3,851.16 |
| A.C.V. Estimate Totals: | $17,117.89 |
| Policy Deductible: | $1,000.00 |
| Final Totals: | $16,117.89 |

## ESTIMATE COMMENTS

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/2.6-SP3 e

Cover Page

| | | |
|---|---|---|
| **SIS** SIMSOL Insurance Services, Inc. | INSURED : Jack **Kannry<br>LOCATION : 457 E Penn St<br>: Long Beach, NY 11561<br>COMPANY : Liberty Mutual Fire Insurance Company<br>: P.O. Box 958452<br>: Lake Mary, FL 32795-8452 | DATE OF REPORT : 01/16/2006<br>DATE OF LOSS : 10/14/2005<br>POLICY NUMBER : 2229147700<br>CLAIM NUMBER : 033589<br>OUR FILE NUMBER : 033589<br>ADJUSTER NAME : Cole, Daniel |

**Estimate Section:** den

| # | T # | Description | Age | Quantity | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|---|---|
| 1 | 56 | Replace Sectional Sofa<br><br>NOTES: 2-piece sectional includes sofa section and love seat section. Made from polyurethane foam seating and covered in olefin. Constructed of plywood, pine and hardwood frames. | 3.0 | 1.0 EA | $949.99 | $949.99 | $171.00 | $778.99 |
| 2 | 59 | Allowanced to remove, refinhish and reinstall Pool Table | 5.0 | 1.0 EA | $279.88 | $279.88 | | $279.88 |
| 3 | 60 | Relaminate coffee table, two end table, one lamp table | 2.0 | 1.0 EA | $219.99 | $219.99 | $39.60 | $180.39 |
| | | **Totals For den** | | | | $1,449.86 | $210.60 | $1,239.26 |

**Estimate Section:** office

| # | T # | Description | Age | Quantity | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|---|---|
| 4 | 64 | Refinish Desk | 5.0 | 1.0 EA | $129.99 | $129.99 | $18.20 | $111.79 |
| 5 | 65 | Replace Leather Sofa | 10.0 | 1.0 EA | $2,250.00 | $2,250.00 | $405.00 | $1,845.00 |
| 6 | 66 | Replace Leather Arm Chair | 10.0 | 1.0 EA | $949.99 | $949.99 | $171.00 | $778.99 |
| 7 | 81 | Replace Bookcase | 10.0 | 2.0 EA | $699.00 | $1,398.00 | $251.64 | $1,146.36 |
| 8 | 82 | Replace Reference Books (legal) | 20.0 | 55.0 EA | $21.99 | $1,209.45 | $193.51 | $1,015.94 |
| | | **Totals For office** | | | | $5,937.43 | $1,039.35 | $4,898.08 |

**Estimate Section:** office closet

| # | T # | Description | Age | Quantity | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|---|---|
| 9 | 67 | Replace Golf Bag | 6.0 | 2.0 EA | $79.99 | $159.98 | | $159.98 |
| 10 | 68 | Clean and regrip Golf Clubs | 5.0 | 2.0 ST | $116.77 | $233.54 | | $233.54 |
| 11 | 69 | Clean Large Box of Contents | | 4.0 BX | $25.00 | $100.00 | | $100.00 |
| | | **Totals For office closet** | | | | $493.52 | $0.00 | $493.52 |

\*\*\*   *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.*   \*\*\*

SIMSOL®
Form EST-1/2.6-SP3

Page: 1

**SIS** — SIMSOL Insurance Services, Inc.

| | |
|---|---|
| INSURED : Jack **Kannry | DATE OF REPORT : 01/16/2006 |
| LOCATION : 457 E Penn St | DATE OF LOSS : 10/14/2005 |
| : Long Beach, NY 11561 | POLICY NUMBER : 2229147700 |
| COMPANY : Liberty Mutual Fire Insurance Company | CLAIM NUMBER : 033589 |
| : P.O. Box 958452 | OUR FILE NUMBER : 033589 |
| : Lake Mary, FL 32795-8452 | ADJUSTER NAME : Cole, Daniel |

**Estimate Section: bedroom**

| # | T # | Description | Age | Quantity | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|---|---|
| 12 | 70 | Replace Trundle Bed Frame Mattress and pad | 6.0 | 1.0 EA | $1,399.00 | $1,399.00 | $251.82 | $1,147.18 |
| 13 | 71 | Replace Dresser | 6.0 | 2.0 EA | $549.99 | $1,099.98 | $198.00 | $901.98 |
| 14 | 72 | Replace End Table | 6.0 | 1.0 EA | $129.99 | $129.99 | $23.40 | $106.59 |
| 15 | 73 | Replace Bookcase | 5.0 | 1.0 EA | $199.00 | $199.00 | $35.82 | $163.18 |
| 16 | 74 | Replace Hardbound Books | 10.0 | 131.0 EA | $16.95 | $2,220.45 | $355.27 | $1,865.18 |
| 17 | 75 | Replace Photo Album(s) with 100 photos ea @ 2.00 | 10.0 | 25.0 EA | $279.80 | $6,995.00 | $1,538.90 | $5,456.10 |
| 18 | 78 | Replace Bedspread | 5.0 | 1.0 EA | $80.00 | $80.00 | $11.20 | $68.80 |
| 19 | 79 | Replace Set of Twin Size Bed Sheet(s) | 2.0 | 1.0 ST | $29.99 | $29.99 | $4.20 | $25.79 |
| 20 | 80 | Dry Cleaning clothing in closet | | 15.0 EA | $6.99 | $104.85 | | $104.85 |
| | | Totals For bedroom | | | | $12,258.26 | $2,418.61 | $9,839.65 |

**Estimate Section: utility room**

| # | T # | Description | Age | Quantity | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|---|---|
| 21 | 76 | Replace Clothes Dryer  NOTES: Maytag, mod # not visible | 8.0 | 1.0 EA | $449.99 | $449.99 | $99.00 | $350.99 |
| 22 | 77 | Replace Clothes Washer  NOTES: maytag mod # not visible | 8.0 | 1.0 EA | $379.99 | $379.99 | $83.60 | $296.39 |
| | | Totals For utility room | | | | $829.98 | $182.60 | $647.38 |

*** This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier. ***

SIMSOL®
Form EST-1/2.6-SP3 e

Page: 2



| | |
|---|---|
| INSURED | : Jack **Kannry |
| LOCATION | : 457 E Penn St |
| | : Long Beach, NY 11561 |
| COMPANY | : Liberty Mutual Fire Insurance Company |
| | : P.O. Box 958452 |
| | : Lake Mary, FL 32795-8452 |

| | |
|---|---|
| DATE OF REPORT | : 01/16/2006 |
| DATE OF LOSS | : 10/14/2005 |
| POLICY NUMBER | : 2229147700 |
| CLAIM NUMBER | : 033589 |
| OUR FILE NUMBER | : 033589 |
| ADJUSTER NAME | : Cole, Daniel |

# INVENTORY TOTALS

| INVENTORY SUMMARY ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| **Inventory Item Totals** | **$20,969.05** | **$3,851.16** | **$17,117.89** |
| Gross Contents Loss | $20,969.05 | $3,851.16 | $17,117.89 |
| Less Deductible/Participation | ($1,000.00) | | ($1,000.00) |
| **INVENTORY FINAL TOTALS** | **$19,969.05** | **$3,851.16** | **$16,117.89** |

The adjuster has no authority to approve or deny claims. R/R means: Remove and Replace damaged item. A copy of this estimate does not constitute a settlement of this claim. This estimate is subject to review and approval by your carrier, any additional repair to or replacement of items not included in this estimate is also subject to the insurance company's prior approval. You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair/replacement in the event of any future loss. This is not an authorization for repairs. The hiring of a contractor is strictly the decision of the policy holder.