**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JACK S. KANRY and JOYCE F. KANRY,

          Plaintiffs,

  - against -

LIBERTY MUTUAL GROUP, INC., acting by
and through LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

          Defendant.
-------------------------------------------------------------X

**JUDGMENT**
CV 14-1539 (GRB)

A Memorandum and Order of the Honorable Gary R. Brown, United States Magistrate Judge, having been filed on December 23, 2015, granting defendant's motion for summary judgment, denying plaintiffs' motion for summary judgment, and directing the Clerk to close the case, it is

**ORDERED AND ADJUDGED** that plaintiffs take nothing of defendant; that defendant's motion for summary judgment is granted; that plaintiffs' motion for summary is denied; and that this case is hereby closed.

Dated: Central Islip, New York
        December 28, 2015

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                         By:   /s/ James J. Toritto
                              Deputy Clerk